THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TOBIAH SKYLER BROADBENT,<br><br>              Plaintiff,<br><br>v.<br><br>OFFICER HARKER,<br><br>              Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-CV-243-RJS<br><br>Chief District Judge Robert J. Shelby |

      In this prisoner civil-rights action, the Court ordered Plaintiff to file an amended complaint on February 7, 2025.[1] When Plaintiff did not comply, on March 25, 2025, the Court ordered him to within thirty days show cause why this action should not be dismissed for failure to prosecute.[2] The court has not heard from Plaintiff directly since August 5, 2024—nine months ago.[3]

      **IT IS THUS ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with the Court's orders and for failure to prosecute.[4]

      DATED this 5th day of May 2025.

BY THE COURT:

_____
CHIEF JUDGE ROBERT J. SHELBY

---

[1] Dkt. 12.

[2] Dkt. 14.

[3] Dkt. 8. The court has received partial filing fees in the interim but filing fee payments are sent by the correctional institution, not the inmate/plaintiff. *See* Dkt. Nos. 9–11.

[4] *See* DUCivR 41-2.

United States District Court